IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MERRILL MCGAHAN,<br>Defendant | Case No. 3:10-po-39-JDR |

## ORDER

Upon consideration of the Motion of the United States to dismiss the violation notice, and good cause having been shown, it is

ORDERED that the Motion of the United States to dismiss without prejudice the charge set forth in Case No. 3:10-po-39-RJM and vacate the scheduled trial date is GRANTED.

/s/John D. Roberts, USMJ
Signature Redacted

John D. Roberts
U.S. Magistrate Judge

Dated: Nov 2, 2010